## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| SUSAN FINGER,  )<br>  )<br>　　　　　Plaintiff,  )   Case No. 1:21-CV-01127-RGA<br>  　v.　　　　　　　　　　　　　)<br>  )<br>KANSAS CITY SOUTHERN, LYDIA I.  )<br>BEEBE, LU M. CÓRDOVA, ROBERT J.  )   JURY TRIAL DEMANDED<br>DRUTEN, ANTONIO O. GARZA, JR.,  )<br>DAVID GARZA-SANTOS, JANET H.  )<br>KENNEDY, MITCHELL J. KREBS,  )<br>HENRY J. MAIER, THOMAS A.  )<br>MCDONNELL, and PATRICK J.  )<br>OTTENSMEYER,  )<br>  )<br>　　　　　Defendants.  ) | |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action"). Defendants have neither served an answer or a motion for summary judgment in the Action.

September 2, 2021                   **LONG LAW, LLC**

　　　　　　　　　　　　　　　　　　　By: */s/ Brian D. Long*
　　　　　　　　　　　　　　　　　　　　　Brian D. Long (#4347)
　　　　　　　　　　　　　　　　　　　　　3828 Kennett Pike, Suite 208
　　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19807
　　　　　　　　　　　　　　　　　　　　　Telephone: (302) 729-9100
　　　　　　　　　　　　　　　　　　　　　Email: BDLong@longlawde.com

　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*